**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY STALEY and JESSICA THOMPSON,** *on behalf of themselves and on behalf of all other similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>**EYECARE PARTNERS, LLC**<br><br>Defendant. | **Case No.: 4:26-CV-00194-HEA** |

## DISMISSAL WITHOUT PREJUDICE

Plaintiffs Jeffrey Staley and Jessica Thompson, individually and on behalf of all others similarly situated, dismisses their action against EyeCare Partners, LLC, without prejudice.

Dated: June 1, 2026

Respectfully submitted,
*/s/ Maureen M. Brady*
Maureen M. Brady   MO#57800
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, MO 64111
Telephone:  (816) 888-8010
Facsimile:  (816) 332-6295
E-mail: mbrady@mcshanebradylaw.com
**PLAINTIFFS' INTERIM LIAISON COUNSEL**

*/s/ Leanna A. Loginov*
Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132

1

Tel: (305) 475-2299
lloginov@shamisgentile.com
**PLAINTIFFS' INTERIM LEAD
CLASS COUNSEL**

*\*Pro hac vice*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 30, 2026, I caused a true and correct copy of the

foregoing Motion to be filed by the Clerk of the Court via the Court's CM/ECF system,

which will send notification of such filing to the counsel of record in the above-captioned

matter..

/s/ *Maureen M. Brady*
Maureen M. Brady

2